UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES GREENE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE SERVICES, a business entity, WESTERN PROGRESSIVE, LLC, c/o ALTISOURCE and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:23-CV-02907-MMC<br><br>**ORDER GRANTING PLAINTIFF FRANCES GREENE AND DEFENDANTS PHH MORTGAGE CORPORATION, AND WESTERN PROGRESSIVE, LLC STIPULATION TO POSTPONE SETTLEMENT CONFERENCE** |

The matter having been brought before the Court by way of Plaintiff Frances Greene ("Plaintiff") and Defendants PHH Mortgage Corporation and Western Progressive, LLC's ("Defendants") (Plaintiff and Defendants, collectively "Parties") Stipulation to Postpone Settlement Conference, and for good cause showing,

IT IS on this 30th day of January 2024, **ORDERED** that the Parties' Stipulation to Postpone Settlement Conference is hereby GRANTED as follows:

The Settlement Conference with Magistrate Judge Lisa J. Cisneros currently scheduled for February 9, 2024 is continued pending the outcome of the Motion to Withdraw as Attorney.

**SO ORDERED.** Within fourteen days after the resolution of the Motion to Withdraw, the parties shall file a joint statement with their proposed date for the settlement conference.

~~MAXINE M. CHESNEY, United States District Judge~~
LISA J. CISNEROS, Magistrate Judge